**Name and Prisoner/Booking Number:** WALTER CURRIE

**Place of Confinement:** Mule Creek State Prison

**Mailing Address:** P.O. Box 409020

**City, State, Zip Code:** Ione California 95640

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER CURRIE
(Full Name of Plaintiff), Plaintiff,

v.

(1) Gov. Gavin Newsom
(Full Name of Defendant)
(2) Ex-Gov Jerry Brown
(3) Joe Lizarraga, Warden MCSP
(4) Scott Kernan
Defendant(s). ET AL

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20-cv-0503 KJN (PC)
(To be supplied by the Clerk)
"DEMANDING A JURY TRIAL"

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Mule Creek State Prison P.O. Box 409020 Ione California 95640

SHORT TITLE: Additional Defendants*

CASE NUMBER:

1. [ALL DEFENDANTS* ARE BEING SUED IN THERE OFFICIAL & INDIVIDUAL CAPACITY.]

5. Ralph M. Diaz
6. Diana Tache
7. Connie Gipson
8. Terry BertenCourt
9. Tamir Ahmed
10. Gregory Larrabee
11. Harold Hold
12. Andrews Altevoqt
13. City of Ione
14. County of Amador

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page A-1

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

WEST.

CRC 201, 501

## B. DEFENDANTS

1. Name of first Defendant: GAVIN NEWSOM. The first Defendant is employed as: GOVERNOR OF THE STATE OF CALIFORNIA at STATE CAPITAL of SACRAMENTO CA.
   (Position and Title)                         (Institution)

2. Name of second Defendant: JERRY BROWN. The second Defendant is employed as: EX GOVERNOR OF THE STATE OF CALIFORNIA at UNKNOWN.
   (Position and Title)                         (Institution)

3. Name of third Defendant: JOE LIZARRAGA. The third Defendant is employed as: WARDEN at Mule Creek State Prison.
   (Position and Title)                         (Institution)

4. Name of fourth Defendant: SCOTT KERNAN. The fourth Defendant is employed as: DEPUTY DIRECTOR EX at OVER CDCR STATE PRISON(S).
   (Position and Title)                         (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

1  [ALL DEFENDANTS° ARE BEING SUED IN THERE OFFICIAL & INDIVIDUAL CAPACITY.].

5. Name of Fifth Defendant. Ralph M Diaz. The Fifth Defendant Is Employed as: Deputy Director (Position And Title) at Over CDCR State Prison System (Institution).

6. Name of Sixth Defendant. Diana Toche. The Sixth Defendant Is Employed as: The Secretary of Health Care (Position And Title) at Over CDCR State Prison System (Institution).

7. Name of Seventh Defendant. Connie Gipson. The Seventh Defendant Is Employed as: The Deputy Director of Facility Operation (Position And Title) at Over CDCR State Prison System (Institution).

8. Name of Eighth Defendant. Terry Baxter Court. The Eighth Defendant Is Employed as: Regional Facilities Mngr (Position And Title) at Over CDCR State Prison System (Institution).

9. Name of Ninth Defendant. Jamie Ahwed. The Ninth Defendant Is Employed as: Associate Director (Position And Title) at Over CDCR State Prison System (Institution).

10. Name of Tenth Defendant. Gregory Larrabee. The Tenth Defendant Is Employed as: Environmental & Regulatory Compliance (Position And Title) at _____ (Institution).

11. Name of Eleventh Defendant. Harold Hall. The Eleventh Defendant Is Employed as: Supervisor Worker (Position And Title) at Central Valley Regional Water Quality Control Board Complaints (Institution) & _____.

26 (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2B

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987] Optional Form

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

WEST. CRC 201, 501

SHORT TITLE: Additional Defendants"

CASE NUMBER:

1. [ALL DEFENDANTS" ARE BEING SUED IN THEIR OFFICIAL & INDIVIDUAL CAPACITY.].

12. Name of Twelfth Defendant. _Andrew Altevogt_. The Twelfth Defendant is Employed as: _Assistant Executive Officer_ (Position And Title) at _Central Valley Regional Water Quality Control Board_ (Institution).

13. Name of Thirteenth Defendant. _City of Ione_. The Thirteenth Defendant is Employed as: _City_ (Position And Title) at _Ione, California_ (Institution).

14. Name of Fourteenth Defendant. _County of Amador_. The Fourteenth Defendant is Employed as: _County_ (Position And Title) at _Amador_ (Institution).

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page __

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

WEST₆   CRC 201, 501

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th Amendment Const Violation "Protection Against Cruel, and Unusual Punishment" (To Safe, Clean Drinking Water.)

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff asserts that All Named Defendants" are civilly liable under the 8th amendment violation. Gavin Newsom, Gov; Jerry Brown, Ex Gov; Joe Lizarraga, Ex Warden at MCSP; Scott Kernan, Ex. Deputy Director of CDCR; Ralph M. Diaz, Deputy Director of CDCR; Diana Toche, Secretary of Health Care for CDCR; Connie Gipson, Deputy Director of Facility Operation of CDCR; Terry BetterCourt, Regional Facilities Mngr; Tamir Ahmed, Associate Director of CDCR; Gregory Larrabee, Chief Environmental Regulatory Compliance; Harlod Hald, Supervisor Worker (C.V.R.W.d.C.B); Andrew Alievadi, Assistant Executive Officer (C.V.S.W.d.C.B); City of Ione; The County of Amador.

   1. Plaintiff asserts that Defendants" Gavin Newsom Gov, & Jerry Brown Ex Gov are liable.

   2. Plaintiff asserts that [I] Have suffered Grievous Injury from the above named defendants" by being forced to (suffer) the (Inhumane, and Degrading Treatment of being forced to consume, and bathe with a water supply at MCSP that is contaminated with "Industrial Waste, and human waste."")

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff injury is an ongoing cough everyday throughout the day where it pains my insides with Joint Pain aches and dizziness

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Under 8547 Whistle Blower's Act a plaintiff need not Exhaust Administrative Remedies To File A Suit. California State Auditor Case No I2019-1462

3

D. Cause Of Action Claim I
Continued as P. 3 a

3. Plaintiff asserts that defendants' Joe Lizarraga, MCSP's ex Warden are civilly liable, along with his superiors': As these unsafe, and unhealthy living conditions are under his direct supervision with complete knowledge of the contaminated water at mcsp. ([CDCR]) deputy directors', and those named defendants'), are aware of the prison systems' contamination of water supply problem along with mcsp.
Gregory Larrabee, chief environmental regulatory compliance: Harlad Hold, Supervisor Worker [C.V.R.W.Q.C.B]: Andrew Alievoqi, Assistant Executive officer [C.V.R.W.Q.C.B]: Are also civilly liable as they where are of the seriousness of the contaminated water at mcsp.
And as this is a seriously bad problem who one has informed the prison population.

4. Plaintiff asserts that there are infact currently no less than #7 sites on "A-facility MCSP alone that show clearly visible signs of mixed water with an oil base seepage clearly from some broken pipes located underground. Several of these pipes, & sites can clearly be determined to be sewage pipes.) Which are located in the following areas of the yard of (a-facility).
  a.) A sewage pipe located between the Education Room Door, and the chapel door approx. 10 ft. out from the wall in the grass.
  b.) A sewage pipe located between the Canteen window, and the medical room door approx. 10 ft. out from the wall in the grass.

page 3 a.

C.) A sewage pipe's & water supply pipes, located near building #2. Between the exercise area of parallel workout bars, And the dirt track approx. 20 ft. or so straight out from the parallel bars next to the dirt track.

D.) Sewer pipe under the light pole, infront of Yard Gate.

E.) Water pipe infront of the yard Bathroom Area on the inside grass area of the asphalt Track.

F.) Water pipe located in the Sprinkler Box located infront of building #4 on the inside of the asphalt track.

G.) Water, and sewer pipes located next to building #5 1.g,.

H.) Water, and sewer pipes located between building #5 Yard Door, and the Handball Court coming out of the ground.

These are merely the visibly broken pipes you can see are broken, due to there being water seepage with a (Dark Black Oil'ly Film) [in which you can smell the odor of sewage, gas, and oil.]

And on certain days, the strong smells of gas come out of those sewer pipes, are enough to give an extremely bad headach.

And the smell of Raw SEWAGE is close to constant odor. There are often muddy sink holes from the water seepage even when there's been no rain and you can see that the water is Contaminated with a dark oil'ly like film as it is just siting in puddles. It can be determinded from the different puddles of water siting as stated when there's been no rain it would be only common sense that there is a crack / break / causing leaks for there to be water siting. And this contamination of water above ground upon soft dirt.

page 5 b.

The smell of FECES is also a common smell in the water, along with a strong odor of dirt. Which is very strong for 30, to min in the building during dayroom when the showers start running and in the mornings in the cell when useing the sink.

There has been construction of heavey equipment driving around the yard close to #3 years prior now on the soft soil where pipes old, and corroded are at.

And the statement of " THE OLD, AND CORRODED PIPES ARE THAT OF CDCR STAFF CONFIRMING THAT MOST SEWER PIPES IN THE FACILITY WHERE CAST IRON. AND THAT WITH 30 YEARS OF CORROSIVE SEWAGE MOVING THROUGH THE PIPES. IT HAS CORRODED MOST OF THE PIPES. CDCR FAILED TO INVESTIGATE THESE PIPES AS PROPOSED IN THEIR APPROVED STORM WATER INVESTIGATION WORKPLAN."

Now barring the fact mcsp's growth in prisoner's from an occupied 1,700 prisoner's in 1989 the year. And in dec 1994 the 15th day, the city of lone, took CDCR to court for violations over Enviromental Quality Act (C.E.Q.A). For violation of its original MCSP Contract.

In 2006, MCSP, had 3.996 prisoners with 1.000 staff, and the prisons system ran at 230 percent of its designed capacity.

Currently MCSP population is 5.315 which is well over that 3.968 prisoners, and 1.425 staff member.

Which has well went beyond what the capacity of wear on the cast Iron pipes but CDCR knew this. Yet Has Not Fixed the problem then. And now the prison is at such a level of contamination of its water. Where plaintiff has gotten Injury from water that is not safe to drink.

page 5c.

5.) Plaintiff asserts that these statements are Quoted by one ANDERSON DAVID, who was hired by CDCR.

"I WAS TOLD I WAS BUILDING A CULVERT TO PROTECT WILDLIFE. I NOW KNOW THAT IT HAD NOTHING TO DO WITH PROTECTING BIRDS AND WILDLIFE. THE GOAL FOR CDCR WAS TO HIDE INDUSTRIAL AND DOMESTIC SEWAGE DISCHARGES IN AN UNDERGROUND PIPE." Said ANDERSON. "BIRDS AREN'T DYING FROM THE ELECTRIC FENCE. THEY ARE DYING FROM THE WATER ITSELF."

Further defendants' did infact hire a Testing Facility from MIAMI FLORIDA, in which does not utilize the federal ENVIRONMENTAL PROTECTION AGENCY STANDARDS, or Regulations for Testing. To test water samples from MCSP, and even falsified reports given to state and federal agencies regarding, and to conceal the fact that the "270 Design Prisons" "In California" (ALL) suffer from a severe design flaw which jeopardizes the safety of Ten's of Thousand's of prisoners, and their visitors by subjecting them to the same treatment suffered by the plaintiff."

6.) Plaintiff asserts that at no point has MCSP's Warden Joe Lizarraga, nor CDCR. put out a ("Memo/Memorandum,") to inform plaintiff as to the seriousness of this contamination of water that plaintiff is forced to drink, and bathe in. Had it not been for plaintiff complaining to family about the pains, and injuries listed that I was suffering she would never went on line, and plaintiff's medical nurses further informed plaintiff that the water is really bad to drink

page 3d.

plaintiff wouldn't have known the true extent of the problem.
This water has harmed plaintiff where Medical had to provide medication.
Free Staff, C/O's, & Nurses have mentioned numerously at MCSP that they where advised by way of a computer generated memo informing them not to drink the water.
It is also alleged to be signs posted in the visiting room area advising visitors not to drink the water.
There are signs outside of MCSP stating "Do Not Let Your Children, or (Pets) Come In Contact With The Water From Mule Creek State Prison, Stating [(BIOHAZARD)] File CW-241842 Regional Water."
Even the Nurses, and Doctors say that inmates should boil their water before Drinking it. Plaintiff has no way of boiling his water due to the prison not allowing hot pots that boil.
Plaintiff will reiterate that MCSPrison's pupilation has never been informed as to the drinking, and bath water's Contaminated. It is alleged that there are sign's posted in the visiting room area's.
It is an obligated duty of MCSP's Warden as well as CDCR Employees to inform, warn, plaintiff and the pupilation of this contaminated water. Along with provideing Bottled Water.
Where the source of the Contamination Problem that has Plagued the prison and City of Ione, along with the County of Amador.

page 3c.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment United State Const. Violation. "Equal Protection."

2. Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff asserts that all named defendants' are civilly liable under the fourteenth Amendment. Gov. Gavin Newsom; Ex Gov. Jerry Brown; Joe Lizarraga, Warden MCSP, CDCR; Scott Kernan, Ex Deputy Director; Ralph M. Diaz, Deputy Director; Dwight Tuile, Secretary of Health Care CDCR; Connie Gipson, Deputy Director of Facility Operation CDCR; Tera Bernhart, Regional Facilities Mngr. Jamie McNeil, Associate Director CDCR;

   All the above named Defendants' are in violation of plaintiff's Fourteenth amendment is they all hold the authority of CDCR. To have warned plaintiff about the Contaminated water. Yet they failed to do so. As they failed to warn the prison population at MCSP and as this serious health hazard of Contaminated water supply was being forced to Consume by plaintiff. CDCR, MCSP, protected their Employees. By writing a memorandum by computer. Failing to protect plaintiff from suffering any harm of medical issue by the Contaminated water. Plaintiff is being [Forced] To Consume Contaminated water. By not making plaintiff aware of the Existence of said inhumane Conditions. And not providing relief from the Relief from these inhumane Conditions. [Clean water] are [Vindictive].

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Failed To Protect For Failing To Warn about Contaminated water & Failing To Provide clean Drinking Water.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☑ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Under 8547 Whistle Blower's Act A Plaintiff Need Not Exhaust Administrative Remedies To File A Suit. California State Auditor's Case No. I2019-1462

4

Claim II supporting facts
Continued as p 4a.

1.) Plaintiff asserts that (He), has been housed at MCSP, since Dec. of 2011, and that defendants' have never posted any Notice or Memorandum to the whole inmate pop stating that the water was contaminated.

2.) However MCSP, did infact send out with regard to the water and its Contamination, There was a Deceptive Memorandum posted stating that the water was safe for consumption. And it wasn't until recently that plaintiff learned of there alleged'ly being CDCR, MCSP, memo's posted for visitor's in the visiting areas warning visitor's of the contaminated water.

3.) Plaintiff asserts that MCSP has not provided a clean source of water for Himself, or the Prison Population(s) Consumption. Even though CDCR, MCSP, Has the knowledge that the water supply is infact Contaminated. Defendants' have infact had knowledge of the Existing problem since at least (2006), and the inmate population still continues to suffer harm from the Contaminated water.

4.) Plaintiff asserts that (all CDCR officer's at MCSP, are under the Color of Law. And are also responsible for failure to report misconduct. Which is a Violation of CDCR's Memorandum to all CDCR Peace officers warning them about the ZERO TOLERANCE Policy PROHIBITING THE "CODE OF SILENCE Among Prison Officials FAILING, / REFUSING TO REPORT A CRIME, or misconduct.

page 4a.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Violation of The 11th Amend. to the Const. (For Sovereign Immunity) 12 U.S.C. 241 & 242 Conspiracy To Deny Right Under Color of the Law."

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. Plaintiff asserts that defendants' did infact on several occassions acced funds from the state, and federal agencies Concerning this matter. Therefore Waiving their Constitutional Right To Sovereign Immunity under the Eleventh Amendment To The U.S..

   2. Plaintiff makes References to the Quote's spoken by GREGORY LARRABEE, Chief Regulatory compliance for CDCR. "We Have Spent Over $2 million, To Date in Conducting a comprehensive site Wide Investigation of The Storm Water Collection System at MCSP."

   3. Plaintiff makes another references Quote from THE LEDGER Dispatch who contacted a Master Plumber To Discuss Investigating the THREE SEWER SYSTEMS at MCSP. "IT'S A VERY Labral Process, looking at the Photos, It Certainly Appears There is Water, AND Contamination, that should not be there. It Could be That One of the sewer lines is Connected to The Wrong System, Causing The Issue. It Could be Pipes are Broken, or catastrophic failure. We do Want Access To All The systems and every where we can Look.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   12 U.S.C. 241 & 242 "Conspiracted To Deny Right under Color of the law." Plaintiff asserts that All Defendants' did infact conspire to deny plaintiff his basic Human Right to clean consumable water. Plaintiff also asserts defendants' Did inflict Conspire.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Under 8547 Whistle Blower's Act A Plaintiff Need Not Exhaust Administrative Remedies To File A Suit. California State Auditor Case No. I2019-1462

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

Claim III Supporting Facts Continued as p 5a.

We follow the flow of water, and can camera test all the lines I'm guessing it would take two weeks, certainly it could be completed in four or five weeks. With a couple cameras, going eight hours a day.
I'd charge $125.00 an hour, looking at the whole system, you'd have your answer and a complete look at the entire MCSP sewer system for $5,000 a week (Monday - Friday). A five week investigation would total $25,000. Once we know what we are dealing with pipes can be replaced with liners and the like, not an easy process, especially in a Prison Environment.
But I imagine you could move folks around as you repaired different sections like I said, it is a logical process. It wouldn't be easy, and if it is catastrophic, it would be hard to fix, but it certainly can be done."

4. Plaintiff Asserts he is a state prisoner at MCSP, and that my drinking water to this date has and is making me sick it is not clean. It doesn't smell clean. At any time you smell the water it has an odor of Dirt, Sewage, Chemicals or Poop. It's alleged that there was a contract of Sept 9, 1985 for a sewage treatment plant, Has not Happened, CDCR, continues to allow a very serious Health Hazard Problem with contaminated water to go unresolved.

page 5a.

5. Plaintiff asserts that on the day of 8.5.2019, the water smelled and tasted like sewage in buildings 4,2,3,1 as alot of inmates complained, I plaintiff live(s) in building #2.

6. MCSP, CDCR, has received continuous funding for a fix of a serious health matter from outside sources for some time and they do give a good speech as to what is being done to those who can't actually verify that nothing is being done, and hasn't for years. Still plaintiff along with MCSP population continue to suffer from MCSP's contaminated water supply.

7. Injury Continued.

to hide the fact from plaintiff, and inmate population at MCSP that the water is or may be contaminated and dangerous to consume. And did infact contract a construction crew from Sierra Communication and Construction Incorporated (SCCI) to build a Culvert System which MCSP & CDCR would use to hide the true extent of contamination using California State Tax Payer Dollars.

pag 5b.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff hereby seeks in Monetary sum of ($20,000,000⁰⁰+) Twenty Million Dollars Plus: Compensatory Damages Plaintiff seeks ($100,000,000⁰⁰+) One Hundred Million Dollars Plus in Punitive Damages, and of a Governors Pardon/Commutation of sentence for THE COURT Case No# 117993 Resulting in Immediate Release from Prison: Plaintiff seeks that All taxes Both State & Federal To be Paid in Full By the Defendants". And not taken from Monetary sum Awarded to Plaintiff: " INJUNCTIVE RELIEF THAT All #(17) 270 Design Prisons with Contaminated water be brought up to the Health and safety Codes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-23  2020
            DATE

_____
SIGNATURE OF PLAINTIFF

_____N/A_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____N/A_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

MC-020

SHORT TITLE: E. REQUEST FOR RELIEF Continued.

CASE NUMBER:

Under STATE & FEDERAL Law and FIXED.

2. Plaintiff also seeks Monetary Compensation From All Named Defendants in their Private Capacities in the following Sums with Leans to be placed against all Worldly Possessions, Bank Accounts, Pension, Future and Current Employment checks, as follows:

1. First Defendant: Gavin Newsom (Governor State of California)
$1,000,000.00 in Compensatory Damages. $2,000,000.00 in Punative Damages.

2. Second Defendant: Jerry Brown (Ex Governor State of California)
$1,000,000.00 in Compensatory Damages. $2,000,000.00 in Punative Damages.

3. Third Defendant: Joe Lizarraga (Ex Warden)
$500,000.00 in Compensatory Damages. $1,000,000.00 in Punative Damages.

4. Fourth Defendant: Scott Kernan (Ex Deputy Director)
$500,000.00 in Compensatory Damages. $1,000,000.00 in Punative Damages.

5. Fifth Defendant: Ralph M. Diaz (Deputy Director)
$500,000.00 in Compensatory Damages. $1,000,000.00 in Punative Damages.

6. Sixth Defendant: Diana Toche (Secretary of Health Care)
$250,000.00 in Compensatory Damages. $500,000.00 in Punative Damages.

7. Seventh Defendant: Connie Gipson (Deputy Director of Facility Operation)
$250,000.00 in Compensatory Damages. $500,000.00 in Punative Damages.

8. Eighth Defendant: Terry Rothercourt (Regional Facilities Mgr)
$1,000,000.00 in Compensatory Damages. $2,000,000.00 in Punative Damages.

9. Ninth Defendant: Tamir Ahmed (Associate Director)
$250,000.00 in Compensatory Damages. $500,000.00

10. Tenth Defendant: Gregory Larrabee (Environmental & Regulatory Compliance)
$250,000.00 in Compensatory Damages. $500,000.00 in Punative Damages.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 6.A

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987] Optional Form — ADDITIONAL PAGE — Attach to Judicial Council Form or Other Court Paper — WEST. CRC 201, 501

SHORT TITLE: E. Request For Relief (Continued)

CASE NUMBER:

11. Eleventh Defendant: Harold Hall. (Supervisor Water Central Regional Water) $200,000 in Compensatory Damages. $400,000 in Punitive Damages.

12. Twelfth Defendant: Andrew Alievogt. (Assistance Executive Officer Central Valley Regional Water) $200,000 in Compensatory Damages. $400,000 in Punitive Damages.

13. Thirteenth Defendant: City of Ione. (Ione California) $3,000,000 in Compensatory Damages. $4,000,000 Punitive Damages.

14. Fourteenth Defendant: County of Amador. (County of Amador) $3,000,000 in Compensatory Damages. $4,000,000 Punitive Damages.

Plaintiff also hereby seeks that all taxes on All Monetary Compensation Be Paid in Total by All Defendants" and that All Court Fees be paid by All Defendants" as well.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 6B

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987] Optional Form

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

WEST.

CRC 201, 501